the Legarretas' motion and ordered Dr. Neal to produce authorizations for the disclosure of all of her "adult medical records, i.e.[,] after her 21st birthday," relating to any treatment of her neck, shoulder, arm, wrist, and hand, both before and after the incident. In response, Dr. Neal provided revised authorizations that were again limited to medical providers she treated with after the date of the incident. In a January 2012 affirmation, Dr. Neal averred that she had produced authorizations concerning "all medical records since [she] was 21 years of age for treatment related to [her] 'neck, shoulder, arm, wrist and hand.' " Further, in a January 2012 deposition, Dr. Neal unequivocally testified that she experienced no symptoms and sought no medical treatment with respect to her left shoulder, arm, wrist, or hand prior to the June 12, 2009 incident, including during the four years she attended medical school in Pennsylvania.

Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (John A. Michalek, J.), entered March 1, 2012. The order and judgment, among other things, granted that part of plaintiff's motion for entry of a default judgment.

It is hereby ordered that the order and judgment so appealed from is unanimously affirmed without costs.

Same memorandum as in *Legarreta v Neal* (108 AD3d 1067 [2013]). Present—Scudder, P.J., Peradotto, Lindley, Sconiers and Whalen, JJ.